FILED
2019 APR 24 AM 10: 13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 19CR00257-FMO |
|---|---|
| Plaintiff, | INFORMATION |
| v. | [18 U.S.C. § 666(a)(2): Bribery Concerning Programs Receiving Federal Funds; 26 U.S.C. § 7206(1): Subscribing to False Tax Return] |
| ENRIQUE CONTRERAS, | |
| Defendant. | |

The United States Attorney charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Information:

1. Defendant ENRIQUE CONTRERAS was the owner of a company called Tel-Pro Voice & Data, Inc. ("Tel-Pro"), a vendor that performed low voltage electrical wiring for, and received payment from, Los Angeles County (the "County"). Work performed by Tel-Pro included wiring speakers and installing alarms and security systems. At all times relevant to this Information, the value of the services provided by Tel-Pro, as well as the County's payments to Tel-Pro, exceeded $5,000. At all relevant times, Thomas Shepos ("Shepos") was a public official employed by the County in the Real Estate Division.

RCP:rcp

In his role as a public official, Shepos had access to non-public County information regarding the bidding process for vendors, like Tel-Pro, to secure County contracts. Shepos also had an ability to help vendors secure County contracts.

2. The County was a local government that received, every calendar year from 2013 through 2017, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of Federal assistance.

3. These Introductory Allegations are incorporated into each count of this Information as though fully set forth therein.

COUNT ONE

[18 U.S.C. § 666(a)(2)]

On or about January 5, 2017, and continuing to on or about January 25, 2017, in Los Angeles County, within the Central District of California, defendant ENRIQUE CONTRERAS corruptly gave, offered, and agreed to give things of value to Thomas Shepos ("Shepos"), namely, $25,000 cash, intending to influence and reward Shepos, an agent of Los Angeles County, in connection with a business, a transaction, and a series of transactions of the County of Los Angeles, having a value of $5,000 or more, specifically, the County's award of low voltage wiring contracts.

COUNT TWO

[26 U.S.C. § 7206(1)]

On or about April 18, 2016, in Los Angeles County, within the Central District of California, defendant ENRIQUE CONTRERAS ("CONTRERAS") willfully made and subscribed to a materially false U.S. Individual Income Tax Return, Form 1040, for the calendar year 2015, which defendant CONTRERAS verified by a written declaration that it was made under penalty of perjury, and filed such tax return with the Internal Revenue Service, which defendant CONTRERAS did not believe to be true and correct as to every material matter, in that the tax return reported total income of $156,348 when, in fact, as defendant CONTRERAS then knew, he failed to report additional income of $281,422 for calendar year 2015.

NICOLA T. HANNA
United States Attorney



LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section

RUTH C. PINKEL
Assistant United States Attorney
Public Corruption and Civil Rights Section

LINDSEY GREER DOTSON
Assistant United States Attorney
Public Corruption and Civil Rights Section